

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2024

No. 04-24-00595-CV

**IN THE INTEREST OF M.R.H.**, et al., Children

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2023-CI-22755
Honorable Lisa Jarrett, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on December 23, 2024.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of December, 2024.

_____
Luz Estrada, Chief Deputy Clerk